THE INDIANAPOLIS AND CINCINNATI RAILROAD COMPANY *v.*
BOREMAN.

APPEAL from the *Dearborn* Circuit Court.

*Per Curiam.*—This case is affirmed, with costs and 1 per cent. damages, on the evidence.

*J. S. Scobey*, for the appellant.

*J. T. Brown* and *E. Dumont*, for the appellee.